# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

BOARD OF TRUSTEES OF THE SHEET METAL
WORKERS HEALTH CARE PLAN OF NORTHERN
CALIFORNIA, SHEET METAL WORKERS PENSION
TRUST OF NORTHERN CALIFORNIA, SHEET METAL
WORKERS LOCAL 104 VACATION, HOLIDAY
SAVINGS PLAN; ANTHONY ASHER, TRUSTEE,

V.

COMFORT HEATING & A/C, a California
corporation, also known as COMFORT
HEATING & AIR CONDITIONING, INC.,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 3102 TEH

TO: (Name and address of defendant)

Comfort Heating & A/C
2205 "A" Street
Antioch, CA 94509

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (State Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Phone: (415) 392-5431

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 2 6

Richard W. Wieking
CLERK

DATE

Helen L. Almacen
(BY) DEPUTY CLERK