```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>COMFORT HEATING & A/C, a California corporation, also known as COMFORT HEATING & AIR CONDITIONING, INC.,<br><br>　　　　　　Defendant. | NO. C 08 3102 TEH<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO A DATE FOR HEARING ON A <u>MOTION FOR DEFAULT JUDGMENT</u> |

　　　　IT IS ORDERED that the Case Management Conference in this case set for January 12, 2009 be continued to the proposed date for a hearing on a Motion for Default Judgment, March 2, 2009 at 10:00 a.m. in Courtroom 12, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

Dated: 01/05/09

_____
Honorable Thelton E. Henderson
Judge Thelton E. Henderson

<u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO A DATE FOR HEARING ON A MOTION FOR DEFAULT JUDGMENT</u>

1